**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

YVONNE LAVENTURE,

    Plaintiff,

v.                                                 Case No: 6:12-cv-1877-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on July 21, 2014 (Doc. 21). In the Report and Recommendation, Judge Kelly recommends that (1) the Court reverse and remand the final decision of the Commission of Social Security for further proceedings, (2) the Clerk of Court enter judgment in favor of the Claimant and against the Commissioner, and (3) the Clerk of Court close the case. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted in all respects. Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review;

(2) The decision of the Commissioner of the United States Social Security Administration is **REVERSED**;

(3) The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Yvonne Laventure;

(4) This cause is **REMANDED** to the Commissioner of the United States Social Security Administration for further proceedings not inconsistent with this Order; and

(5) The Clerk of Court is **DIRECTED** to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on August 8, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record