UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YVONNE LAVENTURE,**

       **Plaintiff,**

**v.**                                               **Case No:   6:12-cv-1877-Orl-40GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

**ORDER**

This cause is before the Court on Unopposed Motion for Attorney's Fees under the Equal Access to Justice Act (Doc. 24) filed on September 18, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 22, 2014 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney Fee under the Equal Access to Justice Act is hereby **GRANTED in part and DENIED in part**.

3. The Motion (Doc. 24) is **GRANTED** only to the extent that the Court awards EAJA fees to Plaintiff, as the prevailing party, in the amount of $3,480.97.

4. The remainder of the motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 10, 2014.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties